```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 04536
  NORMA RIVERA
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

          Debtor
  SSN XXX-XX-7656

------------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/14/07 and confirmed on 07/05/07.

     2.  The case was dismissed after confirmation, 04/10/2008.

     3.  The Debtor paid a total of $   3036.00 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------------
SELECT PORTFOLIO SERVICI  CURRENT MORTG          .00              .00              .00
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE     23948.32              .00          2931.41
MARQUETTE CONSUMER FINAN  SECURED VEHIC          .00              .00              .00
PORTFOLIO RECOVERY ASSOC  UNSECURED          1865.61              .00              .00
ROUNDUP FUNDING LLC       UNSECURED          2332.42              .00              .00
          Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  23948.32         .00      4198.03          .00       28146.35
PRINCIPAL PAID       2931.41         .00          .00          .00        2931.41
INTEREST PAID            .00         .00          .00          .00             .00
TOTAL PAID           2931.41         .00          .00          .00        2931.41
The Debtor's attorney, WILLIAM T KING JR            , was allowed $       .00
and was paid $      .00 .

The Trustee received $    104.59 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 07/16/08                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
   CASE NO. 07 B 04536 NORMA RIVERA
```